IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3120 |
| vs. | |
| BRYAN CASTILLO, | ORDER |
| Defendant. | |

The defendant has moved for a lengthy extension of the sentencing schedule. Filing 264. The Court will deny that motion as premature.

The sentencing schedule in this case has already been substantially extended at the defendant's request. *See* filing 258. As it stands, objections to the *initial* presentence report aren't due for another 6 weeks, and the deadline for objections to the Court regarding any remaining contested issues isn't for another two months. *See* filing 258. Sentencing itself isn't for another three months. *See* filing 258.

Given that, it's too early to know whether any extension—much less a 60-day extension—will prove necessary. The Court will deny the defendant's motion without prejudice to reassertion *after* the probation office completes the presentence report and the scope of any contested sentencing issues is more clear. Accordingly,

IT IS ORDERED that the defendant's motion to extend (filing 264) is denied without prejudice.

Dated this 6th day of January, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge