IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN CASTILLO,<br><br>        Defendant. | 4:20CR3120<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for October 6, 2023 at 10:00 a.m.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

August 4, 2023.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge